

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00317-CV

LLoyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke et al, Appellants

v.

**XTO ENERGY, INC**., Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC and Modelo Energy, LLC, Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

We have granted three previous extensions of time to file appellees' brief in this appeal. On January 31, 2018, appellees filed an unopposed motion to abate this appeal and to extend the time to file their brief. In the motion, appellees explain that they are seeking an abatement and extension to allow the parties additional time to obtain approval of a settlement agreement from the probate court.

Appellees' motion to abate this appeal and extend the time to file their brief is GRANTED, and this appeal is ABATED. **However, the parties are ORDERED to advise this Court, in writing, of the status of the probate court's review of the settlement agreement on or before <u>March 16, 2018</u>.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court